**People of the State of Illinois, Plaintiff-Appellee,
v. Coyntee Williams, Defendant-Appellant.**

**Gen. No. 53,733. (Abstract of Decision.)**

First District, Second Division.
November 12, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Richard E. Zulkey, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE McCORMICK. **Not to be published in full.**